UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARILYN JONES,<br>Plaintiff,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>Defendant. | CASE NO. 2:26-cv-02193-LK<br>ORDER REMANDING CASE |

This matter comes before the Court sua sponte. On August 3, 2026, the Court ordered Defendant State Farm to show cause why this case should not be remanded for lack of subject matter jurisdiction, considering that the record does not demonstrate that the amount in controversy exceeds the $75,000 diversity threshold. Dkt. No. 12. State Farm had 14 days from the date of the order, or until August 17, 2026, to respond to the order to show cause. *Id.* at 4. State Farm did not provide a response by that deadline. Instead, on August 18, 2026, the parties filed a stipulated motion for an order of dismissal with prejudice. Dkt. No. 14. However, the Court cannot dismiss a case with prejudice when it does not have subject matter jurisdiction.

Accordingly, for the reasons stated in the order to show cause, *id.* at 2–4, which State Farm has not disputed, the Court ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are REMANDED to the Superior Court for Snohomish County in the State of Washington;
2. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for the Superior Court for Snohomish County, Washington;
3. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for Snohomish County, Washington; and
4. The Clerk of the Court shall CLOSE this case.

Dated this 18th day of August, 2026.

Lauren King
United States District Judge